```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                  Case No. 18-01377-RNO
Humberto J Gomez                                                        Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi              Page 1 of 2                   Date Rcvd: May 11, 2018
                              Form ID: ntnew341            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             Humberto J Gomez,    124 New Alexander Street,    Wilkes-Barre, PA 18702-2104
5046475        Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
5046477        Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
5046478        Capital Premium, Inc.,    PO Box 660899,    Dallas, TX 75266-0899
5046479        Child Support Enforcement,    PO Box 14,    Albany, NY 12201-0014
5046482        Commonwealth of Pennsylvania,    100 Hazle St,    Wilkes Barre, PA 18702-4365
5046480        Commonwealth of Pennsylvania,    200 Hazle St,    Wilkes Barre, PA 18702-4828
5046473       ++++DORAN & DORAN PC,    67-69 PUBLIC SQ STE 700,    WILKES BARRE PA 18701-2515
              (address filed with court: Doran & Doran PC,     69 Public Sq Ste 700,
                Wilkes-Barre, PA 18701-2588)
5059570        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
5046485        Financial Pacific Leasing, Inc.,    3455 S 344th Way # 300,    Federal Way, WA 98001-9546
5046472        Gomez Humberto J,    124 New Alexander St,    Wilkes Barre, PA 18702-2104
5046490        Linebarger Goggan Blair & Sampson LLP,    PO Box 9422,    New York, NY 10087-4422
5046491        M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
5046494        NYC Department of Finance,    PO Box 3641,    New York, NY 10008-3641
5046493        NYC Department of Finance,    Church Street Station,    PO Box 3600,    New York, NY 10008-3600
5046496        OO1DA/ Insurance,    PO Box 809978,   Kansas City, MO 64180-9978
5046497        PPL,   Customer Service,    827 Hausman Rd,    Allentown, PA 18104-9392
5046498        Professional Account Management LLC,    PO Box 1153,    Milwaukee, WI 53201-1153
5046499        Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
5046500        Progressive Insurance,    c/o Caine & Weiner,    1699 E Woodfield Rd # 360,
                Schaumburg, IL 60173-4935
5046502        RMCB Retrieval-Masters Creditors Bureau,    PO Box 55126,    Boston, MA 02205-5126
5046501        Radiology Associates of Wyoming,    PO Box 197,    State College, PA 16804-0197
5057058       +Stuart-Lippman and Associates,    5447 E 5th Street Suite 110,    Tucson, AZ 85711-2345
5046507        US Dept of Education,    61 Forsyth St SW Ste 19T40,    Atlanta, GA 30303-8919
5046506        Universal Platmium,    PO Box 70995,   Charlotte, NC 28272-0995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5046474        E-mail/Text: g20956@att.com May 11 2018 19:01:29      AT&T Mobility,    PO Box 6463,
                Carol Stream, IL 60197-6463
5046476        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 11 2018 19:02:30
                Capital One Auto Finance,    7933 Preston Rd,    Plano, TX 75024-2302
5046481        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2018 19:01:14      Commonwealth of Pennsylvania,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5046483        E-mail/Text: bk.litigation@crestfinancial.com May 11 2018 19:01:25       Crest Financial,
                61 W 13490 S,   Draper, UT 84020-7209
5046484        E-mail/Text: portfoliomanagement@dakotafin.com May 11 2018 19:01:02       Dakota Financial LLC,
                11755 Wilshire Blvd Ste 1670,    Los Angeles, CA 90025-1526
5046486        E-mail/Text: jennifer.macedo@gatewayonelending.com May 11 2018 19:01:02
                Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
5046487        E-mail/Text: HWIBankruptcy@hunterwarfield.com May 11 2018 19:01:18       Hunter Warfield,
                4620 Woodland Cooperate Blvd,    Tampa, FL 33614-2415
5046489        E-mail/Text: cio.bncmail@irs.gov May 11 2018 19:01:04      IRS,    PO Box 804527,
                Cincinnati, OH 45280-4527
5046492        E-mail/Text: emiller@northmillef.com May 11 2018 19:01:07      North Mill Equipment Finance, LLC,
                50 Washington St Fl 10,    Norwalk, CT 06854-2751
5046495        E-mail/Text: bankruptcy@ondeck.com May 11 2018 19:01:37      On Deck,    901 N Stuart St Ste 700,
                Arlington, VA 22203-4129
5046503        E-mail/Text: carine@tbfgroup.com May 11 2018 19:01:07      TBF Financial, LLC,
                740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
5046504        E-mail/Text: bankruptcydepartment@tsico.com May 11 2018 19:01:34
                Transworld Systems, Inc. Collection Agcy,    507 Prudential Rd,    Horsham, PA 19044-2308
5046505        E-mail/Text: bkrcy@ugi.com May 11 2018 19:01:30      UGI Penn Natural Gas, Inc.,    PO Box 13009,
                Reading, PA 19612-3009
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5046488*       Internal Revenue Service,    Bankruptcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
5047466*      +TBF Financial LLC,    740 Waukegan Road Suite 404,    Deerfield, IL 60015-5505
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Humberto J Gomez  ldoran@dorananddoran.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Humberto J Gomez　　　　　　　　　　　　　　　Chapter　　　　13
aka Humberto Javier Gomez Aracena
Debtor(s)　　　　　　　　　　　　　　　　　　　　Case No.　　　5:18−bk−01377−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: June 18, 2018 |
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM　　　Date: May 11, 2018