# Doran & Doran, P.C.
**Attorneys at Law**

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

May 16, 2018

Clerk US Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18702

RE: Humberto J. Gomez – Bk. Case No. 5-18-bk-01377-RNO – Ch. 13

Dear Clerk:

Please change the addresses for the following creditors in the above captioned case.

Commonwealth of Pennsylvania
100 Hazle Street
Wilkes-Barre, PA 18702-4828

Child Support Enforcement
40 North Pearl Street
Albany, NY 12243

Linebarger Goggan Blair & Sampson LLP
61 Broadway
Suite 2600
New York, NY 10006

Very truly yours,

Lisa M. Doran
ldoran@dorananddoran.com

ete

Case 5:18-bk-01377-RNO    Doc 23    Filed 05/16/18    Entered 05/16/18 11:25:57    Desc
Main Document    Page 1 of 1