```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01377-RNO
Humberto J Gomez                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge              Page 1 of 1                  Date Rcvd: May 18, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db              Humberto J Gomez,    124 New Alexander Street,    Wilkes-Barre, PA  18702-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Humberto J Gomez ldoran@dorananddoran.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
: Case No. 5-18-bk-01377-RNO
**Humberto J. Gomez aka Humberto** :
**Javier Gomez Aracena,** :
: Ch. 13
       Debtor :

## ORDER ALLOWING SECOND EXTENSION
## OF TIME FOR FILING SCHEDULES

Upon consideration of the Second Motion of the above Debtor by his attorneys, Doran & Doran, P.C. requesting an additional Forty-Five (45) day extension of time in which to file his Schedules, Statement of Financial Affairs, Statement of Attorney, and Chapter 13 Plan in the above case and as cause has been shown, it is

ORDERED that the above Debtor is hereby granted an additional Forty-Five (45) days from the original 45 day extension, until July 3, 2018, in which to file his necessary documents with the exception of the Matrix which has previously been filed, it is

FURTHER ORDERED that no additional requests to extend time to file required documents will be granted.

Dated: May 18, 2018        By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)