```
In re:                                              Case No. 18-01377-RNO
Humberto J Gomez                                    Chapter 13
        Debtor          CERTIFICATE OF NOTICE
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5       User: karendavi        Page 1 of 2         Date Rcvd: Jun 08, 2018
                           Form ID: ntnew341       Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.

```
db             Humberto J Gomez,   124 New Alexander Street,   Wilkes-Barre, PA  18702-2104
5046475        Berkheimer Tax Administrator,   PO Box 25153,   Lehigh Valley, PA  18002-5153
5046478        Capital Premium, Inc.,   PO Box 660899,   Dallas, TX  75266-0899
5046479       +Child Support Enforcement,   40 North Pearl Street,   Albany, NY 12243-0001
5046480       +Commonwealth of Pennsylvania,   100 Hazle St,   Wilkes Barre, PA 18702-4365
5046473        Doran & Doran PC,   69 Public Sq Ste 700,   Wilkes-Barre, PA  18701-2588
5059570        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
5046485        Financial Pacific Leasing, Inc.,   3455 S 344th Way # 300,   Federal Way, WA  98001-9546
5046472        Gomez Humberto J,   124 New Alexander St,   Wilkes Barre, PA  18702-2104
5046490       +Linebarger Goggan Blair & Sampson LLP,   61 Broadway Suite 2600,   New York, NY 10006-2840
5046491        M&T Bank,   PO Box 619063,   Dallas, TX  75261-9063
5046493        NYC Department of Finance,   Church Street Station,   PO Box 3600,   New York, NY  10008-3600
5046494        NYC Department of Finance,   PO Box 3641,   New York, NY  10008-3641
5046496        OO1DA/ Insurance,   PO Box 809978,   Kansas City, MO  64180-9978
5046497        PPL,   Customer Service,   827 Hausman Rd,   Allentown, PA  18104-9392
5046498        Professional Account Management LLC,   PO Box 1153,   Milwaukee, WI  53201-1153
5046499        Professional Account Services,   PO Box 188,   Brentwood, TN  37024-0188
5046500        Progressive Insurance,   c/o Caine & Weiner,   1699 E Woodfield Rd # 360,
                 Schaumburg, IL  60173-4935
5046502        RMCB Retrieval-Masters Creditors Bureau,   PO Box 55126,   Boston, MA  02205-5126
5046501        Radiology Associates of Wyoming,   PO Box 197,   State College, PA  16804-0197
5060704        Stuart-Lippman & Associates,   5547 E Blue Denim Drive,   Tucson, AZ 85711
5057058       +Stuart-Lippman and Associates,   5447 E 5th Street Suite 110,   Tucson, AZ 85711-2345
5046507        US Dept of Education,   61 Forsyth St SW Ste 19T40,   Atlanta, GA  30303-8919
5046506        Universal Platmium,   PO Box 70995,   Charlotte, NC  28272-0995
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5046474        E-mail/Text: g20956@att.com Jun 08 2018 19:09:42     AT&T Mobility,   PO Box 6463,
                 Carol Stream, IL  60197-6463
5046476        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 08 2018 19:13:11
                 Capital One Auto Finance,   7933 Preston Rd,   Plano, TX  75024-2302
5046477        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 19:13:51     Capital One Bank,
                 PO Box 71083,   Charlotte, NC  28272-1083
5062763        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 19:13:30
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
5046481        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2018 19:09:31     Commonwealth of Pennsylvania,
                 Bankruptcy Division,   PO Box 280946,   Harrisburg, PA  17128-0946
5046483        E-mail/Text: bk.litigation@crestfinancial.com Jun 08 2018 19:09:40     Crest Financial,
                 61 W 13490 S,   Draper, UT  84020-7209
5046484        E-mail/Text: portfoliomanagement@dakotafin.com Jun 08 2018 19:09:24     Dakota Financial LLC,
                 11755 Wilshire Blvd Ste 1670,   Los Angeles, CA  90025-1526
5046486        E-mail/Text: jennifer.macedo@gatewayonelending.com Jun 08 2018 19:09:23
                 Gateway One Lending & Finance,   160 N Riverview Dr Ste 100,   Anaheim, CA  92808-2293
5046487        E-mail/Text: HWIBankruptcy@hunterwarfield.com Jun 08 2018 19:09:35     Hunter Warfield,
                 4620 Woodland Cooperate Blvd,   Tampa, FL  33614-2415
5046489        E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 19:09:25     IRS,   PO Box 804527,
                 Cincinnati, OH  45280-4527
5046492        E-mail/Text: emiller@northmillef.com Jun 08 2018 19:09:28     North Mill Equipment Finance, LLC,
                 50 Washington St Fl 10,   Norwalk, CT  06854-2751
5046495        E-mail/Text: bankruptcy@ondeck.com Jun 08 2018 19:09:47     On Deck,   901 N Stuart St Ste 700,
                 Arlington, VA  22203-4129
5046503        E-mail/Text: carine@tbfgroup.com Jun 08 2018 19:09:27     TBF Financial, LLC,
                 740 Waukegan Rd Ste 404,   Deerfield, IL  60015-5505
5046504        E-mail/Text: bankruptcydepartment@tsico.com Jun 08 2018 19:09:46
                 Transworld Systems, Inc. Collection Agcy,   507 Prudential Rd,   Horsham, PA  19044-2308
5046505        E-mail/Text: bkrcy@ugi.com Jun 08 2018 19:09:44     UGI Penn Natural Gas, Inc.,   PO Box 13009,
                 Reading, PA  19612-3009
                                                                    TOTAL: 15
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5046482*       Commonwealth of Pennsylvania,   100 Hazle St,   Wilkes Barre, PA  18702-4365
5046488*       Internal Revenue Service,   Bankruptcy Section,   PO Box 7346,   Philadelphia, PA  19101-7346
5047466*      +TBF Financial LLC,   740 Waukegan Road Suite 404,   Deerfield, IL 60015-5505
                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Humberto J Gomez ldoran@dorananddoran.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Humberto J Gomez,
aka Humberto Javier Gomez Aracena,

**Debtor 1**

Chapter      13

Case No.      5:18–bk–01377–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: July 23, 2018<br><br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: June 8, 2018

ntnew341 (04/18)