**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HUMBERTO J GOMEZ
           AKA: HUMBERTO JAVIER GOMEZ
           ARACENA

                Debtor(s)               CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
               Movant              CASE NO: 5-18-01377-RNO

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on July 6, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)   A Petition under Chapter 13 was filed on April 4, 2018.

2)   The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
     **AND CALCULATION OF COMMITMENT PERIOD**
    **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
    **- CHAPTER 13 PLAN**

3)   If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                       Respectfully submitted,
                       s/ Charles J. DeHart, III
                       Standing Chapter 13 Trustee
                       8125 Adams Drive, Suite A
                       Hummelstown, PA  17036
                       (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     HUMBERTO J GOMEZ               CHAPTER 13
           AKA: HUMBERTO JAVIER GOMEZ
           ARACENA                      CASE NO: 5-18-01377-RNO

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on April 4, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
>    **AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

> **Date:**           **August 21, 2018**
> **Time:**           **09:30 AM**
> **Location:**      **U.S. Bankruptcy Court**
>                      **Max Rosenn U.S. Courthouse**
>                      **Courtroom #2**
>                      **197 S. Main Street**
>                      **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before:
**July 20, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                     Respectfully submitted,
                                     s/ Charles J. DeHart, III
                                     Standing Chapter 13 Trustee
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA  17036

Dated:  July 6, 2018

IN RE:    HUMBERTO J GOMEZ
           AKA: HUMBERTO JAVIER
           GOMEZ ARACENA               CHAPTER 13

                 Debtor(s)            CASE NO: 5-18-01377-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on July 6, 2018.

LISA M. DORAN, ESQUIRE
69 PUBLIC SQUARE SUITE 700
WILKES-BARRE, PA 18701-

HUMBERTO J GOMEZ
124 NEW ALEXANDER STREET
WILKES-BARRE, PA 18702-2104

                                  Respectfully submitted,
                                  s/ Vickie Williams
                                  for Charles J. DeHart, III, Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036

Dated: July 6, 2018

IN RE:    HUMBERTO J GOMEZ
          AKA: HUMBERTO JAVIER GOMEZ
          ARACENA

                    Debtor(s)              CHAPTER 13


          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant
                                           CASE NO: 5-18-01377-RNO

          vs.


          HUMBERTO J GOMEZ
          AKA: HUMBERTO JAVIER GOMEZ        MOTION TO DISMISS
          ARACENA

                    Respondent(s)


## ORDER DISMISSING CASE


    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.