```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-01377-RNO
Humberto J Gomez                                                        Chapter 13
          Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-5     User: KADavis                 Page 1 of 2      Date Rcvd: Jul 06, 2018
                         Form ID: pdf010               Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
```
db             Humberto J Gomez,    124 New Alexander Street,    Wilkes-Barre, PA 18702-2104
5046475        Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
5046478        Capital Premium, Inc.,    PO Box 660899,    Dallas, TX 75266-0899
5046479       +Child Support Enforcement,    40 North Pearl Street,    Albany, NY 12243-0001
5046480       +Commonwealth of Pennsylvania,    100 Hazle St,    Wilkes Barre, PA 18702-4365
5046473        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5059570        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
5046485        Financial Pacific Leasing, Inc.,    3455 S 344th Way # 300,    Federal Way, WA 98001-9546
5046472        Gomez Humberto J,    124 New Alexander St,    Wilkes Barre, PA 18702-2104
5046490       +Linebarger Goggan Blair & Sampson LLP,    61 Broadway Suite 2600,    New York, NY 10006-2840
5046491        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
5046493        NYC Department of Finance,    Church Street Station,    PO Box 3600,    New York, NY 10008-3600
5046494        NYC Department of Finance,    PO Box 3641,    New York, NY 10008-3641
5046496        OO1DA/ Insurance,    PO Box 809978,    Kansas City, MO 64180-9978
5046497        PPL,   Customer Service,    827 Hausman Rd,    Allentown, PA 18104-9392
5046498        Professional Account Management LLC,    PO Box 1153,    Milwaukee, WI 53201-1153
5046499        Professional Account Services,    PO Box 188,    Brentwood, TN 37024-0188
5046500        Progressive Insurance,    c/o Caine & Weiner,    1699 E Woodfield Rd # 360,
                Schaumburg, IL 60173-4935
5046502        RMCB Retrieval-Masters Creditors Bureau,    PO Box 55126,    Boston, MA 02205-5126
5046501        Radiology Associates of Wyoming,    PO Box 197,    State College, PA 16804-0197
5060704        Stuart-Lippman & Associates,    5547 E Blue Denim Drive,    Tucson, AZ 85711
5057058       +Stuart-Lippman and Associates,    5447 E 5th Street Suite 110,    Tucson, AZ 85711-2345
5046507        US Dept of Education,    61 Forsyth St SW Ste 19T40,    Atlanta, GA 30303-8919
5046506        Universal Platmium,    PO Box 70995,    Charlotte, NC 28272-0995
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5046474        E-mail/Text: g20956@att.com Jul 06 2018 18:52:24     AT&T Mobility,    PO Box 6463,
                Carol Stream, IL 60197-6463
5046476        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 06 2018 18:58:09
                Capital One Auto Finance,    7933 Preston Rd,    Plano, TX 75024-2302
5046477        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 18:58:03      Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
5062763        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 18:58:15
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5046481        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2018 18:52:10      Commonwealth of Pennsylvania,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5046483        E-mail/Text: bankruptcy@kornerstonecredit.com Jul 06 2018 18:52:21      Crest Financial,
                61 W 13490 S,    Draper, UT 84020-7209
5046484        E-mail/Text: portfoliomanagement@dakotafin.com Jul 06 2018 18:52:05      Dakota Financial LLC,
                11755 Wilshire Blvd Ste 1670,    Los Angeles, CA 90025-1526
5046486        E-mail/Text: jennifer.macedo@gatewayonelending.com Jul 06 2018 18:52:04
                Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
5046487        E-mail/Text: HWIBankruptcy@hunterwarfield.com Jul 06 2018 18:52:15      Hunter Warfield,
                4620 Woodland Cooperate Blvd,    Tampa, FL 33614-2415
5046489        E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 18:52:05     IRS,   PO Box 804527,
                Cincinnati, OH 45280-4527
5072811        E-mail/Text: camanagement@mtb.com Jul 06 2018 18:52:09     M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
5046492        E-mail/Text: emiller@northmillef.com Jul 06 2018 18:52:09     North Mill Equipment Finance, LLC,
                50 Washington St Fl 10,    Norwalk, CT 06854-2751
5046495        E-mail/Text: bankruptcy@ondeck.com Jul 06 2018 18:52:27     On Deck,    901 N Stuart St Ste 700,
                Arlington, VA 22203-4129
5046503        E-mail/Text: carine@tbfgroup.com Jul 06 2018 18:52:08     TBF Financial, LLC,
                740 Waukegan Rd Ste 404,    Deerfield, IL 60015-5505
5046504        E-mail/Text: bankruptcydepartment@tsico.com Jul 06 2018 18:52:25
                Transworld Systems, Inc. Collection Agcy,    507 Prudential Rd,    Horsham, PA 19044-2308
5046505        E-mail/Text: bkrcy@ugi.com Jul 06 2018 18:52:25     UGI Penn Natural Gas, Inc.,    PO Box 13009,
                Reading, PA 19612-3009
                                                                                              TOTAL: 16
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5046482*      Commonwealth of Pennsylvania,    100 Hazle St,    Wilkes Barre, PA 18702-4365
5046488*      Internal Revenue Service,    Bankruptcy Section,    PO Box 7346,    Philadelphia, PA 19101-7346
5047466*     +TBF Financial LLC,    740 Waukegan Road Suite 404,    Deerfield, IL 60015-5505
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Humberto J Gomez ldoran@dorananddoran.com,
               ldtripmail@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| HUMBERTO J. GOMEZ aka HUMBERTO JAVIER GOMEZ ARACENA | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 5-18-bk-01377-RNO |

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: July 6, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18